DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHREIN GRADY,**
Appellant,

v.

**CARL H. LINDER, ESQ,** an Individual; and **GREENSPOON MARDER, LLP,** a Florida Limited Liability Partnership,
Appellees.

No. 4D2023-1754

[May 9, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 23-001644 CACE (21).

David Di Pietro and Rodolfo Mayor of Di Pietro Partners, PLLC, Fort Lauderdale, and Kenneth R. Mikos of Law Office of Kenneth R. Mikos, Fort Lauderdale, for appellant.

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, and Jose Riguera of Keller Landsberg, PA, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***